Michael R. Marrinan (SBN 90484)
Attorney at Law
LAW OFFICES OF MICHAEL R. MARRINAN
614 Fifth Ave., Suite D
San Diego, CA. 92101
Telephone: (619) 238-6900
Facsimile: (619) 515-0505

Attorney for Plaintiffs

FILED

2006 DEC -5  AM 10: 27

CLERK US
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTANA DeLEAL and SARAH PAREDES, <br><br> Plaintiffs, <br><br> vs. <br><br> JEFFREY JACKSON, COUNTY OF SAN DIEGO, WILLIAM KOLENDER and DOES 1-20, <br><br> Defendants. | CASE NO. 05cv0078-DMS (CAB) <br><br> **REQUEST TO SEAL MOTIONS IN LIMINE NOS. 1-3** <br><br><br> Date:   Dece,mber 15, 2006 <br> Time:  1:30 p.m. <br> Ctrm:  10 <br> Judge: Hon. Dana M. Sabraw |

Plaintiffs hereby request that the attached documents, Plaintiffs' Motions in Limine Nos. 1-3, be sealed as they contain information subject to the court's previous protective order (copy attached hereto).

Dated: November 22, 2006

MICHAEL R. MARRINAN
Attorney for Plaintiffs

FILED

06 JUN -7 AM 10: 50

CLERK U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTANA DELEAL; and SARAH PAREDES, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY JACKSON; COUNTY OF SAN DIEGO; WILLIAM KOLENDER; and DOES 1-20, <br><br> Defendants. | Civil No.   05cv0078-DMS (CAB) <br><br><br> **PROTECTIVE ORDER RE: COUNTY OF SAN DIEGO RECORDS** |

The following Protective Order covers San Diego County Records submitted to the Court by Defendant for *in camera* review and those to be produced pursuant to the Court's Order dated June 7, 2006:

IT IS HEREBY ORDERED THAT:

1. Prior to disclosure, all personnel records shall be designated "Confidential Material." Such designation shall be made by stamping or otherwise marking each file as follows: "Confidential Material Subject To Protective Order."

2. In order to protect the privacy interests of both parties and non-parties, personal information, such as driver's license numbers, addresses, telephone numbers, social security numbers, etc., shall be redacted from the requested documents prior to their production.

3. Confidential Material shall be used solely in connection with this litigation and the

preparation and trial of this case, or any related appellate proceeding, and not for any other purpose, including any other litigation.

4. Confidential Material may not be disclosed except as set forth in paragraph (5).

5. Confidential Material may be disclosed only to the following persons:

    (a) Counsel for any party to this action;

    (b) Paralegal, stenographic, clerical and secretarial personnel regularly employed by counsel referred to in (a);

    (c) Court personnel including stenographic reporters engaged in such proceedings as are necessarily incidental to preparation for the trial of this action;

    (d) any outside expert or consultant retained in connection with this action, and not otherwise employed by either party;

    (e) any "in house" expert designated by defendants to testify at trial in this matter;

    (f) witnesses, other than the plaintiffs herein, may have the documents disclosed to them during deposition proceedings; the witnesses may not leave the deposition with copies of the documents, and shall be bound by the provisions of paragraph (5).

6. Nothing in paragraph (5) is intended to prevent officials or employees of the County of San Diego or other authorized government officials from having access to the documents if they would have had access in the normal course of their job duties. Further, nothing in this order prevents a witness from disclosing events or activities personal to them, *i.e.*, a witness can disclose to others previous information given to the County of San Diego with respect to what he or she saw, heard, or otherwise sensed.

7. Each person to whom disclosure is made, with the exception of counsel who are presumed to know of the contents of this protective order, shall, prior to the time of disclosure, be provided by the person furnishing him/her such material a copy of this order, and shall agree on the record or in writing that he/she has read the protective order,

and that he/she understands the provisions of the protective order. Such person also must consent to be subject to the jurisdiction of the United States District Court for the Southern District of California with respect to any proceeding relating to enforcement of this order, including without limitation, any proceeding for contempt. Unless made on the record in this litigation, counsel making disclosure to any person described above shall retain the original executed copy of said agreement until final termination of this litigation.

8. At the conclusion of the trial and of any appeal or upon other termination of this litigation, all Confidential Material received under the provision of this order (including any copies made) shall be tendered back to the County of San Diego Office of County Counsel. Provisions of this order insofar as they restrict disclosure and use of the material shall be in effect until further order of this court.

9. The foregoing is without prejudice to the right of any party: (a) to apply to the court for a further protective order relating to any Confidential Material or relating to discovery in this litigation; (b) to apply to the court for an order removing the Confidential Material designation from any documents; and (c) to apply to the court for an order compelling production of documents or modification of this order or for any order permitting disclosure of Confidential Material beyond the terms of this Order.

10. Any document filed with the court that reveals Confidential Material shall be filed under seal. Prior to filing any such document, the filing party shall submit the documents directly to the chambers of Magistrate Judge Bencivengo or to the chambers of District Judge Sabraw, together with a proposed order sealing the documents. All documents so submitted shall be labeled with a cover sheet as follows: [case name and number] "This document is subject to a protective order issued by the court and may not be copied or examined except in compliance with that order." Documents filed under seal shall be made available only to the court or counsel. Upon failure of the filing party to file a document under seal, the producing party may request that the court place the filing under seal.

11. Nothing in this order shall preclude a party from showing or disclosing to any person not listed in paragraph (5) of this order deposition transcripts, pleadings or briefs containing Confidential Material if the document containing such materials has been masked or deleted so that no disclosure of Confidential Material occurs.

12. Upon the conclusion of the case, the Court shall retain jurisdiction to resolve any disputes arising out of the release of any documents protected by this order.

13. The Court has the authority to modify, at any time, the terms of this protective order on public policy grounds.

Dated: 6/7/06

CATHY ANN BENCIVENGO
United States Magistrate Judge

cc: All parties